United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. PETE,<br>Plaintiff,<br>v.<br>ORACLE AMERICA, INC. AND ALL AFFILIATES,<br>Defendant. | Case No. 26-cv-14107-SK<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Richard Seeborg to determine whether it is related to *Katz-Lacabe, et al. v. Oracle America, Inc.*, Case No. 22-cv-04792-RS.

**IT IS SO ORDERED**.

Dated: November 24, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge